CASE CLOSED

# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL WALSH,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA CINEMA INVESTMENTS LLC et al.,<br><br>        Defendants. | Case № 2:23-cv-09608-ODW (AJRx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

August 8, 2024

                                                        _____
                                                          **OTIS D. WRIGHT, II**
                                            **UNITED STATES DISTRICT JUDGE**